```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 00469
   GARY R BABBITT
                                              CHAPTER 13

                                              JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-3849


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 01/10/08 .

    2.   The case was converted to Chapter 7 without confirmation, 05/06/2008.

    3.   The Debtor paid a total of $    2000.00 .

    4.   The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                               PAID            PAID
------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  UNSECURED      NOT FILED                  .00              .00
CAPITAL ONE AUTO FINANCE  SECURED VEHIC        .00                  .00          1884.00
CAPITAL ONE AUTO FINANCE  UNSECURED      NOT FILED                  .00              .00
ASSET ACCEPTANCE CORP     UNSECURED      NOT FILED                  .00              .00
FIA CARD SERVICES         UNSECURED      NOT FILED                  .00              .00
FIA CARD SERVICES         UNSECURED      NOT FILED                  .00              .00
BERNARD G WOLF II         UNSECURED      NOT FILED                  .00              .00
CITIBANK                  UNSECURED      NOT FILED                  .00              .00
FIRST CONSUMERS NATL BAN  UNSECURED      NOT FILED                  .00              .00
GEMB                      UNSECURED      NOT FILED                  .00              .00
HSBC                      UNSECURED      NOT FILED                  .00              .00
1ST INVESTERS             NOTICE ONLY    NOT FILED                  .00              .00
INVESTORS FINANCIAL       UNSECURED      NOT FILED                  .00              .00
LEONARD DREAS & ASSOC     UNSECURED      NOT FILED                  .00              .00
MONTEREY FINANCIAL SVCS   UNSECURED      NOT FILED                  .00              .00
HSBC                      UNSECURED      NOT FILED                  .00              .00
RUSH COPLEY               UNSECURED      NOT FILED                  .00              .00
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED         OTHER           TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00          .00           .00             .00
PRINCIPAL PAID      1884.00           .00          .00           .00         1884.00
INTEREST PAID           .00           .00          .00           .00             .00
TOTAL PAID          1884.00           .00          .00           .00         1884.00
The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $       .00
and was paid $      .00 .

The Trustee received $    116.00 .

Refunds to the Debtor totaled $      .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE